**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LINDA CREEL, ET AL. | CIVIL ACTION NO. 17-0985 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JOHNNY L. JOHNSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation (Record Document 22) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 23) and response (Record Document 24) thereto filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Record Document 6) is **GRANTED** and this case is **REMANDED** to the First Judicial District Court, Caddo Parish, where it was pending as Suit No. 597,273-C.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 9th day of April, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT